No. 975. **Featherston** *v.* **Norris.** November Term, 1880. This is the same case reported in 7 *S. C.* 472. Upon its return to the Circuit Court the case was submitted upon the same evidence, and Judge Mackey dismissed the complaint—holding that the bank-book of A. O. Norris, commissioner in equity, was a proper voucher, and that it discharged him from liability for the funds of the Featherston estate. On appeal this judgment was affirmed by this court. OPINION by FRASER, A. A. J., January 26th, 1881. *W. E. Earle* and *J. S. Murray,* for appellants. *B. F. Whitner,* contra.

No. 977. **Goldsmith** *v.* **Jacobs.** November Term, 1880. Edward O. Jacobs and Richard H. Jacobs were joint tenants of a tract of land, and upon Edward's interest rested the lien of a judgment in favor of William Jacobs. In 1860 Richard purchased Edward's interest. William died, leaving Edward his executor; then Edward died. In December, 1860, Richard became administrator *de bonis non* with will annexed of William, and, as such, assigned this judgment to W. B. Charles, trustee. In March, 1872, Richard became administrator *de bonis non* of Edward. In August, 1872, Charles brought his action against Richard, administrator of Edward, to renew the judgment in favor of William Jacobs—Richard resisted; the history of this litigation will be found in 5 *S. C.* 348 ; 6 *S. C.* 69, and 9 *S. C.* 295. After this judgment was renewed, and, in 1879, the interest of Edward was sold thereunder to Goldsmith, the plaintiff here, who brought this action to recover possession. Defendant pleaded the bar of the statute of limitations and adverse possession. His plea was sustained on Circuit by Judge Pressley, under whose instruction the jury found for defendant. An appeal by plaintiff to this court was dismissed. *McRaa* v. *Smith,* 2 *Bay* 339 ; *Lamar* v. *Raysor,* 7 *Rich.* 509 ; *Pegues* v. *Warley,* *ante p.* 180 ; *Faysoux* v. *Prayther,* 1 *N. & McC.* 296. OPINION by McGOWAN, A. J., February 26th, 1881. *J. C. C. Featherston* and *W. E. Earle,* for appellants. *G. G. Wells,* contra.